


1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2798

JAN 2 8 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. 2 10-R 00045 JAM |
|---|---|
| Plaintiff, | ) ORDER TO SEAL |
| v. | ) (UNDER SEAL) |
| DONALD RECTOR, | ) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Carolyn K. Delaney to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 1/28/10

_____
KIMBERLY J. MUELLER
United States Magistrate Judge

1