| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | LEXI NEGIN, Bar #250376 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | DONALD RECTOR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10- CR-045 JAM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER TO |
| v. | ) CONTINUE STATUS HEARING |
| DONALD RECTOR, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties, Carolyn Delaney, Assistant United States Attorney, attorney for plaintiff, and Lexi Negin, Assistant Federal Defender, attorney for defendant DONALD RECTOR, that the Status Conference hearing date of March 2, 2010, be vacated and a new Status Conference hearing date of June 1, 2010, be set. In addition, the parties request that the Court set the following schedule for a Motion to Compel Discovery, for the defense to file a motion to compel production of a forensic copy of the computer hard drive to the defense:

Defendant's Motion to Compel filed on or before April 13, 2010

Government's Opposition to Defendant's Motion filed on or before May 4, 2010

Defendant's Reply (if any) file on or before May 18, 2010

Hearing date before duty Magistrate on May 25, 2010.

1    This continuance is needed because defense counsel needs time to review the current discovery and
2    discovery that the government will soon produce. The defense will be filing a motion to compel a forensic
3    copy of the hard drive. The defense also needs to engage in extensive investigation. For these reasons, the
4    parties stipulate that the time period from February 23, 2010, to June 1, 2010, be excluded under the
5    Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense
6    counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

DATED: February 23, 2010

                    Respectfully submitted,

BENJAMIN B. WAGNER                      DANIEL J. BRODERICK
United States Attorney                  Federal Defender

*/s/ Lexi Negin for Carolyn Delaney*    */s/ Lexi Negin*

CAROLYN DELANEY                         LEXI NEGIN
First Assistant U.S. Attorney           Assistant Federal Defender
Attorney for the United States          Attorney for Donald Rector

|   |   |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10- CR-045 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | PROPOSED ORDER CONTINUING STATUS |
| v. | ) | HEARING AND EXCLUDING TIME |
| | ) | |
| DONALD RECTOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties, filed on February 23, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for March 2, 2010, be vacated and that the case be set for **Tuesday, June 1, 2010, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' February 23, 2010 stipulation, the time under the Speedy Trial Act is excluded from February 23, 2010, through June 1, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

It is further, ORDERED, that the following schedule be followed by the parties for the filing of a motion to compel discovery:

Defendant's Motion to Compel filed on or before April 13, 2010

Government's Opposition to Defendant's Motion filed on or before May 4, 2010

Defendant's Reply (if any) file on or before May 18, 2010

Hearing date before duty Magistrate on May 25, 2010.

Dated: February 23, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE