| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | LEXI NEGIN, Bar #250376 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | DONALD RECTOR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10- CR-045 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS HEARING, AMEND BRIEFING |
| | ) SCHEDULE AND TO EXCLUDE TIME |
| DONALD RECTOR, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties, Carolyn Delaney, First Assistant United States Attorney, attorney for plaintiff, and Lexi Negin, Assistant Federal Defender, attorney for defendant DONALD RECTOR, that the Status Conference hearing date of June 1, 2010, be vacated and a new Status Conference hearing date of August 17, 2010, be set. In addition, the parties request that the briefing schedule for Defendant's Motion to Compel Discovery, previously filed on April 13, 2010, be amended as follows:

Government's Opposition to Defendant's Motion filed on or before June 16, 2010

Defendant's Reply (if any) filed on or before July 21, 2010

Hearing date before duty Magistrate on August 4, 2010, at 2:00 p.m.

1     This continuance is needed to allow the government additional time to prepare and file its
2 opposition, and to allow the parties additional time to discuss the pending motion.  For these reasons, the
3 parties stipulate that the time period from April 30, 2010, to August 17, 2010, be excluded under the
4 Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide counsel
5 with the reasonable time to prepare.
6     A proposed order is attached and lodged separately for the court's convenience.

8 DATED: April 30, 2010
9                    Respectfully submitted,

10 BENJAMIN B. WAGNER                         DANIEL J. BRODERICK
   United States Attorney                     Federal Defender

12 */s/ Lexi Negin for Carolyn Delaney*        */s/ Lexi Negin*

13 CAROLYN DELANEY                            LEXI NEGIN
   First Assistant U.S. Attorney               Assistant Federal Defender
   Attorney for the United States              Attorney for Donald Rector

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>DONALD RECTOR,<br><br>        Defendant. | No. 10- CR-045 JAM<br><br>ORDER CONTINUING STATUS HEARING, AMENDING BRIEFING SCHEDULE, AND EXCLUDING TIME |

For the reasons set forth in the stipulation of the parties, filed on April 30, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for June 1, 2010, be vacated and that the case be set for **Tuesday, August 17, 2010, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 30, 2010 stipulation, the time under the Speedy Trial Act is excluded from April 30, 2010, through August 17, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide counsel with the reasonable time to prepare.

It is further, ORDERED, that the briefing schedule for Defendant's Motion to Compel, previously filed on April 13, 2010, is amended as follows:

    Government's Opposition to Defendant's Motion filed on or before June 14, 2010

    Defendant's Reply (if any) filed on or before July 21, 2010

    Hearing date before duty Magistrate on **Wednesday, August 4, 2010, at 2:00 p.m.**

Dated: April 30, 2010

                                                      /s/ John A. Mendez
                                                    JOHN A. MENDEZ
                                                    UNITED STATES DISTRICT JUDGE