DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DONALD RECTOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10- CR-045 JAM |
| Plaintiff, | ) | |
| v. | ) | REQUEST AND ORDER TO ALLOW |
| | ) | DEFENDANT TO WAIVE PRESENCE |
| DONALD RECTOR, | ) | |
| Defendant. | ) | |
| | ) | |

Mr. Donald Rector, through undersigned counsel, respectfully requests this Court to allow him to waive his appearance pursuant to the attached waiver of presence. This request is made because Mr. Rector, who stands charged with possession of child pornography, wishes to minimize the potential threat, harm or harassment from other inmates who may learn of his charges and his prior convictions. He is presently housed on a secure floor of the jail where inmates with similar charges are housed and where he is safe.

DANIEL J. BRODERICK
Federal Defender

*/s/ Lexi Negin*
_____
LEXI NEGIN
Assistant Federal Defender
Attorney for Donald Rector

IT IS HEREBY ORDERED, that the defendant's waiver of presence is accepted by the Court.

Dated:   August 5,  2010.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE