| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | LEXI NEGIN, Bar #250376 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | DONALD RECTOR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10- CR-045 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | |
| DONALD RECTOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED between the parties, Carolyn Delaney, First Assistant United States Attorney, attorney for plaintiff, and Lexi Negin, Assistant Federal Defender, attorney for defendant DONALD RECTOR, that the Status Conference hearing date of August 17, 2010, be vacated and a new Status Conference hearing date of December 14, 2010, be set.

The reason for the lengthy continuance of status is that Magistrate Judge Dale A. Drozd scheduled an evidentiary hearing for November 9, 2010, on Mr. Rector's Motion to Compel Discovery. As the Court is aware, the Motion to Compel sets forth a request that a forensic copy of the computer seized in Mr. Rector's case be provided to the defense in order for the defense to provide effective assistance of counsel to Mr. Rector. Counsel anticipate that Judge Drozd will issue a written ruling after the evidentiary hearing. Counsel agree that the case cannot proceed until the Motion to Compel is resolved.

Government counsel is continuing to provide discovery to the defense. Defense counsel needs

time to investigate and continue to prepare the case as well as pursue the Motion to Compel which is pending.

For these reasons, the parties stipulate that the time period from August 6, 2010, to December 14, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and (h)(1)(D), Local Codes T4 and E respectively), due to the need to provide counsel with the reasonable time to prepare and for the pendency of the Motion to Compel.

A proposed order is attached and lodged separately for the court's convenience.

DATED: August 6, 2010

Respectfully submitted,
August 6, 2010

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

*/s/ Lexi Negin for Carolyn Delaney*     */s/ Lexi Negin*

| CAROLYN DELANEY | LEXI NEGIN |
| First Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for the United States | Attorney for Donald Rector |

|   |   |
|---|---|
| 1 | |
| 2 | IN THE UNITED STATES DISTRICT COURT |
| 3 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10- CR-045 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS HEARING |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| DONALD RECTOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties, filed on August 6, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for August 17, 2010, be vacated and that the case be set for **Tuesday, December 14, 2010, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 6, 2010 stipulation, the time under the Speedy Trial Act is excluded from August 6, 2010, through December 14, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and (h)(1)(D) and Local Codes T4 and E, due to the need to provide counsel with the reasonable time to prepare and the pendency of the Motion to Compel.

Dated: August 6, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stip & Order  2