```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LEXI NEGIN, Bar #250376
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  DONALD RECTOR
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10- CR-045 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS HEARING |
| DONALD RECTOR, | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties, Carolyn Delaney, Assistant United States Attorney, attorney for plaintiff, and Lexi Negin, Assistant Federal Defender, attorney for defendant DONALD RECTOR, that the Status Conference hearing date of December 14, 2011, be vacated and a new Status Conference hearing date of April 12, 2011, be set.

This continuance is needed so that defense counsel can prepare for trial by having an expert perform a thorough forensic examination on the computer media in this case and consult with defense counsel. Defense counsel expects the examination will take at least 8 weeks, potentially 12 weeks. The parties have come to an agreement on the protocols for the examination by the defense forensic expert.

For these reasons, the parties stipulate that the time period from December 10, 2010, to April 12, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare for trial.

A proposed order is attached and lodged separately for the court's convenience.

DATED: December 10, 2010

Respectfully submitted,
February 23, 2010

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| | |
| */s/ Lexi Negin for Carolyn Delaney* | */s/ Lexi Negin* |
| | |
| CAROLYN DELANEY | LEXI NEGIN |
| First Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for the United States | Attorney for Donald Rector |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 10- CR-045 JAM |
| Plaintiff, ) | |
| ) | ORDER CONTINUING STATUS HEARING |
| v. ) | AND EXCLUDING TIME |
| DONALD RECTOR, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties, filed on December 10, 2010, IT IS HEREBY ORDERED that the status conference currently scheduled for December 14, 2010, be vacated and that the case be set for **Tuesday, April 12, 2011, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' December 10, 2010 stipulation, the time under the Speedy Trial Act is excluded from December 10, 2010, through June 1, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: December 10, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

Stip & Order 2