| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | LEXI NEGIN, Bar #250376 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | DONALD RECTOR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10- CR-045 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING |
| | ) | |
| DONALD RECTOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED between the parties, Carolyn Delaney, Assistant United States Attorney, attorney for plaintiff, and Lexi Negin, Assistant Federal Defender, attorney for defendant DONALD RECTOR, that the Status Conference hearing date of April 12, 2011, be vacated and a new Status Conference hearing date of June 28, 2011, be set.

This continuance is needed so that defense counsel can prepare for trial by having an expert perform a thorough forensic examination on the computer media in this case and consult with defense counsel. The defense examination has been ongoing since February of 2011. Due to the fact that the computer media is required to be kept in the possession of the government with the examination being done on government property rather than in the expert's lab, and there is a massive amount of data being analyzed in preparation for trial, the examination is not complete. It is anticipated that once the examination is complete, the parties will engage in further discovery. Both parties are working diligently

toward preparing this case for trial eventually.

For these reasons, the parties stipulate that the time period from April 5, 2011, to June 28, 2011, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare for trial.

A proposed order is attached and lodged separately for the court's convenience.

DATED: April 5, 2011

Respectfully submitted,
April 5, 2011

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
| United States Attorney | Federal Defender |

*/s/ Lexi Negin for Carolyn Delaney*  */s/ Lexi Negin*

CAROLYN DELANEY / LEXI NEGIN
First Assistant U.S. Attorney / Assistant Federal Defender
Attorney for the United States / Attorney for Donald Rector

```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10- CR-045 JAM |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS HEARING |
| v. | ) | AND EXCLUDING TIME |
| | ) | |
| DONALD RECTOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties, filed on April 5, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for April 12, 2011, be vacated and that the case be set for **Tuesday, June 28, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 5, 2011 stipulation, the time under the Speedy Trial Act is excluded from April 5, 2011, through June 28, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 5, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE