| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | LEXI NEGIN, Bar #250376 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | DONALD RECTOR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 10- CR-045 JAM |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS HEARING |
| DONALD RECTOR, | ) |
| Defendant. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties, Carolyn Delaney, Assistant United States Attorney, attorney for plaintiff, and Lexi Negin, Assistant Federal Defender, attorney for defendant DONALD RECTOR, that the Status Conference hearing date of June 28, 2011, be vacated and a new Status Conference hearing date of August 30, 2011, be set.

This continuance is needed so that defense counsel can continue to prepare for trial and pretrial motions by having an expert perform a thorough forensic examination on the computer media in this case and consult with defense counsel. The defense examination has been ongoing since February of 2011. Due to the fact that the computer media is required to be kept in the possession of the government with the examination being done on government property rather than in the expert's lab, and there is a massive amount of data being analyzed in preparation for trial, the examination is still ongoing, but nearing completion, and should be complete by the end of August. Once the defense examination is complete

1 | counsel needs time to consult with the expert about his findings. At that point, counsel expects to engage
2 | in further discovery with the government.
3 |     The Assistant United States Attorney assigned to this case is leaving the United States Attorneys
4 | Office and this case will be transferred to a different government counsel. Both new government counsel
5 | and defense counsel will need time to complete the discovery process once the defense examination is
6 | complete. Both parties are working diligently toward preparing this case for trial eventually.
7 |     For these reasons, the parties stipulate that the time period from June 22, 2011, to August 30, 2011,
8 | be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the
9 | need to provide defense counsel with the reasonable time to prepare for trial.
10 |     A proposed order is attached and lodged separately for the court's convenience.
11 | DATED: June 22, 2011

Respectfully submitted,

June 22, 2011

| BENJAMIN B. WAGNER | DANIEL J. BRODERICK |
|---|---|
| United States Attorney | Federal Defender |
| | |
| */s/ Lexi Negin for Carolyn Delaney* | */s/ Lexi Negin* |
| | |
| CAROLYN DELANEY | LEXI NEGIN |
| First Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for the United States | Attorney for Donald Rector |

Stip & Order    1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 10- CR-045 JAM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME |
| DONALD RECTOR, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties, filed on June 22, 2011, IT IS HEREBY ORDERED that the status conference currently scheduled for June 28, 2011, be vacated and that the case be set for **Tuesday, August 30, at 9:30 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' June 22, 2011 stipulation, the time under the Speedy Trial Act is excluded from June 22, 2011, through August 30, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: June 22, 2011

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE